**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6771**

EUNICE HUSBAND,

Plaintiff - Appellant,

v.

HARRELL WATTS, Administrator, National Inmate Appeals;
individual capacity; K. M. WHITE, Regional Director, Mid-
Atlantic Regional Office; individual capacity; JOE D.
DRIVER, Warden, United States Penitentiary-Hazelton;
individual capacity; J. E. CROGAN, Associate Warden
Programs, United States Penitentiary-Hazelton; individual
capacity; L. ODDO, Captain, United States Penitentiary-
Hazelton; individual capacity; L. KING, Deputy Captain,
United States Penitentiary-Hazelton; individual capacity; B.
TRATE, Lieutenant, United States Penitentiary-Hazelton;
individual capacity; T. WATSON, Lieutenant, United States
Penitentiary-Hazelton; individual capacity; D. MOSLEY,
Lieutenant, United States Penitentiary-Hazelton; individual
capacity; M. DOYLE, Officer, United States Penitentiary-
Hazelton; individual capacity; K. KAMICKER, Officer, United
States Penitentiary-Hazelton; individual capacity; N.
SHULTZ, Officer, United States Penitentiary-Hazelton;
individual capacity; S. EIRICH, Officer, United States
Penitentiary-Hazelton; individual capacity; R. FABER,
Officer, United States Penitentiary-Hazelton; individual
capacity; A. JORGE, Officer, United States Penitentiary-
Hazelton; individual capacity; M. DULEY, Officer, United
States Penitentiary-Hazelton; individual capacity; E.
PHILLIPS, Officer, United States Penitentiary-Hazelton;
individual capacity; W. HOZAPFEL, Special Investigation
Service Officer, United States Penitentiary-Hazelton;
individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John Preston Bailey, Chief District Judge.  (2:10-cv-00004-JPB-JES)

---

Submitted:  October 13, 2011          Decided:  October 17, 2011

---

Before SHEDD, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eunice Husband, Appellant Pro Se.   Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eunice Husband appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Husband v. Watts, No. 2:10-cv-00004-JPB-JES (N.D.W. Va. May 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3